UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

v.

FORD MOTOR COMPANY,

        Defendant.

Case No. 5:11-cv-13742

Hon. John Corbett O'Meara
Magistrate Judge Mark A. Randon

_____/

## ORDER GRANTING IN PART DEFENDANT'S
## MOTION TO COMPEL RELEASE OF MEDICAL RECORDS

This matter having come before the Court on Defendant's Motion to Compel Plaintiff's Release of Medical Records, and the Court being otherwise fully advised;

IT IS HEREBY ORDERED that the medical authorizations prepared by Defendant and previously provided to Plaintiff and Charging Party and attached to Defendant's Motion at Exhibit A will be modified such that language authorizing the release of communications with patient's attorney and of billing and insurance records will be stricken. In addition, the authorizations directed to Oakwood Hospital and William Beaumont Hospital will be modified such that the authorizations permit the release of records going back ten years only.

IT IS FURTHER ORDERED that Plaintiff will provide to Defendant medical authorizations, modified as described above, signed by Charging Party Jane Harris, for the medical providers listed below within ten days of the date of this Order:

    a.    Troy Gastroenterology, Center for Digestive Health (Rochester Hills)
    b.    Troy Gastroenterology, Center for Digestive Health (Troy)
    c.    Troy Internal Medicine, P.C.
    d.    University of Michigan Medical Center

  e. Dr. Gilbert Ladd
  f. Dr. Shauna Diggs
  g. William Beaumont Hospital
  h. Pulmonary & Critical Care Associates, P.C.
  i. LMT Rehabilitation Associates, P.C.
  j. Oakwood Hospital
  k. Psychiatric Specialists, PLC
  l. Dr. Kurt Neumann
  m. Linda Diaz

          s/Mark A. Randon
          Mark A. Randon
          United States Magistrate Judge

Dated: December 22, 2011

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 22, 2011, electronically.*

          *s/Melody R. Miles*
          *Case Manager to Magistrate Judge Mark A. Randon*