UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

                                                                         Case No. 11-13742

v.

                                                                         Hon. John Corbett O'Meara

FORD MOTOR COMPANY,                  Hon. Mark A. Randon

    Defendant.
_____/

## ORDER OVERRULING OBJECTIONS TO
## MAGISTRATE JUDGE'S DECEMBER 22, 2011 ORDER

    Before the court are Plaintiff's objections to Magistrate Judge Mark A. Randon's December 22, 2011 order granting in part Defendant's motion to compel. Defendant filed a response to Plaintiff's objections on January 19, 2012.

    Pursuant to 28 U.S.C. § 636(b)(1)(A), this court may modify or set aside any portion of Magistrate Judge Randon's non-dispositive order that is "clearly erroneous or contrary to law." See also Fed. R. Civ. P. 72(a). Having reviewed Plaintiff's objections, Defendant's response, the underlying motion papers, and the applicable legal authority, the court concludes that Magistrate Judge Randon's decision was not clearly erroneous or contrary to law.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's objections to the magistrate's December 22, 2011 order are OVERRULED.


                                                        s/John Corbett O'Meara
                                                        United States District Judge

Date: January 30, 2012

  I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 30, 2012, using the ECF system.

            s/William Barkholz
            Case Manager