UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

v.

FORD MOTOR COMPANY,

      Defendant.

Case No. 5:11-cv-13742

Hon. John Corbett O'Meara
Magistrate Judge Mark A. Randon

_____/

| EQUAL EMPLOYMENT<br> OPPORTUNITY COMMISSION<br>By: Nedra D. Campbell (P58768)<br>Trial Attorney<br>Detroit District Office<br>Patrick V. McNamara Federal Building<br>477 Michigan Avenue, Room 865<br>Detroit, MI  48226<br>(313) 226-3410<br>nedra.campbell@eeoc.gov | KIENBAUM OPPERWALL<br> HARDY & PELTON, P.L.C.<br>By: Elizabeth P. Hardy (P37426)<br>    William B. Forrest III (P60311)<br>    Jennifer A. Zinn (P41469)<br>Attorneys for Defendant<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>ehardy@kohp.com<br>wforrest@kohp.com<br>jzinn@kohp.com |
|---|---|

_____/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S
MOTION FOR SANCTIONS, TO COMPEL PLAINTIFF TO PRODUCE CHARGING
PARTY FOR THE CONTINUATION OF HER DEPOSITION, AND FOR
SUPPLEMENTAL RESPONSES TO DEFENDANT'S DOCUMENT REQUESTS**

     This matter having come before the Court on Defendant's Motion for Sanctions for Refusal to Comply with Discovery Order, to Compel Plaintiff to Produce Charging Party for the Continuation of Her Deposition, and for Supplemental Responses to Defendant's First Request for Production of Documents, and the Court being otherwise fully advised;

     IT IS HEREBY ORDERED that Defendant's Motion for Sanctions is denied;

IT IS FURTHER ORDERED that Defendant's Motion to Compel Plaintiff to Produce Charging Party for the Continuation of Her Deposition is GRANTED such that Plaintiff shall produce Charging Party Jane Harris for 2.5 hours for the continuation of her deposition; and

IT IS FURTHER ORDERED that Defendant's Motion to Compel Supplemental Responses to Defendant's First Request for Production of Documents is GRANTED such that Plaintiff shall amend its responses within 14 days of the date of this Order and shall:

(1) identify by bates label which documents are responsive to which discovery requests; and

(2) state in response to each request if no responsive documents exist.

s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated: April 18, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, April 18, 2012, electronically.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*

2