IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff,                                              Case No. 2:11-CV-13742
                                                        Hon. John Corbett O'Meara
                                                        Magistrate Judge Mark A. Randon
v.

FORD MOTOR COMPANY, INC.

Defendant.

_____/

**ORDER ON PLAINTIFF'S MOTION TO QUASH SUBPOENAS SERVED AFTER THE CLOSE OF DISCOVERY AND MOTION FOR A PROTECTIVE ORDER TO PROHIBIT DISCOVERY SOUGHT AFTER THE CLOSE OF DISCOVERY**

*WHEREAS*, the Court held a hearing on *Plaintiff's Motion to Quash Subpoenas Served After the Close of Discovery* and *Plaintiff's Motion for a Protective Order to Prohibit Defendant from Conducting Discovery Sought After the Close of Discovery* on May 23, 2012.

**IT IS HEREBY ORDERED**, for the reasons stated on the record, that:

1) Defendant is entitled to depose Harris's health care providers and mental health care providers;

2) The Commission is not required to answer the written discovery which Defendant served on Plaintiff on April 2, 2012.

**IT IS SO ORDERED**.

                                              s/Mark A. Randon
                                              MARK A. RANDON
                                              UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2012

*CERTIFICATE OF SERVICE*

      *I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 31, 2012.*

                                              *s/Melody R. Miles*
                                              *Case Manager to Magistrate Judge Mark A. Randon*
                                              (313) 234-5542