UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

v.

FORD MOTOR COMPANY,

        Defendant.

_____/

Case No. 5:11-cv-13742

Hon. John Corbett O'Meara
Magistrate Judge Mark A. Randon

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DISCOVERY

The Court held a hearing on Plaintiff's Motion to Compel Discovery on June 7, 2012.

IT IS HEREBY ORDERED, for the reasons set forth on the record, that:

1. Defendant shall produce John Gordon's performance reviews from 2006 to 2009.

2. Defendant shall produce John Gordon's calendar from September 9, 2008 through September 9, 2009, the date Jane Harris was terminated; and

3. Defendant shall produce the personnel files of all Buyers under Lisa King's chain of command who were terminated for performance reasons or placed on a Performance Enhancement Plan between the dates of September 9, 2007 and September 9, 2009, the date Jane Harris was terminated.

IT IS SO ORDERED.

                                      s/Mark A. Randon
                                      MARK A. RANDON
                                      UNITED STATES MAGISTRATE JUDGE

Dated: June 13, 2012  June 13, 2012

2

## *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, June 13, 2012 June 13, 2012, by electronic and/or first class U.S. mail.*

> *s/Melody R. Miles*
> *Case Manager to Magistrate Judge Mark A. Randon*
> (313) 234-5540