UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

       Plaintiff,

v.

FORD MOTOR COMPANY,

       Defendant.

Case No. 5:11-cv-13742

Hon. John Corbett O'Meara
Magistrate Judge Mark A. Randon

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL INDEPENDENT FORENSIC MENTAL EXAMINATION

The Court held a hearing on Defendant's Motion to Compel Independent Forensic Mental Examination on June 7, 2012.

IT IS HEREBY ORDERED that Defendant's motion is granted.

IT IS SO ORDERED.

                                s/Mark A. Randon
                                MARK A. RANDON
                                UNITED STATES MAGISTRATE JUDGE

Dated: June 13, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, June 13, 2012, by electronic and/or first class U.S. mail.*

                                *s/Melody R. Miles*
                                *Case Manager to Magistrate Judge Mark A. Randon*