






Human Resources



# Telecommuting

**Expanded Policy**
**Issued: January 31, 2008**


*Program Description*

Program Definition

*Program Benefits*

Why Employ Telecommuting?

*Eligibility*

Definition
Selecting Jobs and Candidates for Telecommuting

*Compensation and Benefits*

*Cost*

Alternate Work Site: Requirements and Costs
Work Area and Furniture
Office Supplies

*Technology Requirements*

Hardware
Software
Home Access to the Ford Computer Network (Remote Access)
Home Office Dialing
Other Communications Requirements
Telecommuter Support

*Approval Process*

Company Work
Workers' Compensation
Confidential Information
Company Policies and Procedures

*Discontinue Participation from the Telecommuting Program*



*Frequently Asked Questions about Telecommuting*

*Do's and Don'ts of Telecommuting*

Do's for the Employee
Don'ts for the Employee
Don'ts for the Manager
Don'ts for the Manager

*Contacts for Additional Help*

*Telecommuting Checklist*

*Telecommuting Form*

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

# Program Description

### Program Definition

Telecommuting is defined as a voluntary agreement between an employee and local management whereby the employee performs a portion of their normally scheduled work from an agreed upon alternate work site. The scope of this program includes those arrangements in which an employee may **work one to four days from the Telecommuting/alternate work site (i.e., work at least one day per week from a Company work site)** in accordance with an agreed upon work schedule. The Telecommuting agreement must be reviewed yearly by the supervisor and the employee to ensure the arrangement continues to benefit both parties. In most cases, Telecommuting will be a cost-neutral proposition for both the employee and the Company. The employee's department incurs any approved costs associated with the Telecommuting agreement.

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

# Program Benefits

### Why Employ Telecommuting?




Flexibility is no longer a "perk", it is an employee expectation. Ford survey results from the Pulse Survey and the N.A. Engagement Survey overwhelmingly convey the need and expectation of employees for flexibility in how and where work gets done. The strength of this message is further enhanced by actual data reported from other companies who have implemented and evaluated their own telecommuting programs. Some of the benefits reported by these companies include:

- 15% - 25% productivity gains due to less time spent commuting, fewer unproductive disturbances and increased flexibility in scheduling time
- increased employee retention, commitment, and morale
- up to 30% decrease in turnover, especially among women and those employees currently under age 45 who place higher value on flexibility
- improved recruiting
- lower employee stress levels

While telecommuting will not be applicable to all jobs, employees, work environments or even managers, it can be a valuable tool when applied appropriately. The challenges presented by a dynamic environment of intensifying global competition, dual income families, longer life expectancies, increased numbers of women in the workforce, greater number of families providing eldercare, and a changing set of employee needs and expectations present us with many strategic opportunities. With today's constant pressure to do more with less, worklife programs like telecommuting provide us with a viable means to meet these challenges head on while helping our employees at the same time. Telecommuting is considered essential for Ford to be considered an "Employer of Choice" and to retain our current employees, as well as attract new talent. This program will assist our employees in managing worklife integration while achieving Ford's business objectives.

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

# Eligibility

### Definition

All U.S. salaried employees of Ford Motor Company, and its subsidiaries (the "Company"), are eligible to apply to their local management for a telecommuting arrangement. Although there is no minimum period of service required to be eligible to telecommute, the Telecommuting Program is not recommended for new hires. It is important that new hires have time to acclimate to the Ford environment, as well as management have an opportunity to evaluate the new hire's work style and performance. Telecommuting is not an employee entitlement. It is the program's intent to provide a foundation for developing win-win arrangements for Ford and its employees. Since telecommuting is a privilege, management has the right to approve, modify, deny, or terminate a telecommuting arrangement at any time with or without cause.




Employees are not required to telecommute. An employee has the right to refuse to telecommute if the option is made available to them. Either party may terminate the telecommuting arrangement with or without cause, with reasonable notice in writing to the other party. The employee may resume his/her regular schedule at the Company work site after the Company receives reasonable notice in writing.

**Selecting Jobs and Candidates for Telecommuting**

Not all jobs or individuals will be appropriate for telecommuting. Below are characteristics that have proven successful under telecommuting. This list is not intended to exclude certain jobs from telecommuting, rather it is intended to assist supervisors and managers in identifying potential win-win telecommuting arrangements.

**Job Characteristics**: The key to determining the telecommuting potential in a job is to break down the job into tasks and to determine the ability of the employee to do each task remotely. The following are characteristics of a task that may make it suitable for telecommuting:

- Requires little unscheduled face-to-face contact
- Individual already works alone handling information, such as writing, reading, telephoning, planning, computer programming, word processing, and data entry
- Clearly defined tasks and measurable work products
- Objectives with identifiable time frames and check points
- Tasks which require concentration and/or large blocks of time when the employee works independently of others
- Minimal requirements for special equipment

**Telecommuter Characteristics:** The best telecommuters are strong performers with a high knowledge of the job and who are self-disciplined, highly motivated, and comfortable being alone. These individuals generally require less supervision and direction, and have the following characteristics:

- Above average skills in planning, organizing, managing time, and meeting clear standards and objectives
- A desire to make telecommuting work

**Supervisor Characteristics:** Just as critical to the success of a telecommuting arrangement is the supervisor. As with the telecommuter, there are supervisory traits that help make telecommuting work. They are:

- An open, positive attitude towards telecommuting
- A mutual trust and respect in ongoing relations with the telecommuter
- The ability to establish clear objectives and measurements

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008




# Compensation and Benefits

A telecommuting arrangement has no impact on an employee's compensation or benefits. All established Company and department procedures for requesting and obtaining approval of business travel, vacation, overtime, and leave remain in effect. The Fair Labor Standards Act (FLSA) rules will also apply to employees participating in the telecommuting program, unless exempt under the law.

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

# Cost

### Alternate Work Site: Requirements and Costs

The Company will not be responsible for any operating costs that are associated with the employee using his/her home as an alternative work site. For example, this includes home maintenance, insurance, or utilities. The employee will be reimbursed for authorized expenses incurred while conducting business for the Company, as provided for by Company guidelines and policies.

### Work Area and Furniture

The work location should be a dedicated space away from mainstream activity and contain sufficient electrical supply to accommodate equipment. The employee should maintain this work area in a safe condition, free from hazards and other dangers to the employee and equipment. The home office should comply with ergonomic guidelines including a workstation that requires a desk that will hold computer equipment at a comfortable position and viewing angle, and an ergonomically designed chair. The employee must permit the Company (at its discretion) to inspect the alternate work site during the employee's normal working hours to ensure proper maintenance of Company-owned property and conformance with ergonomic and safety standards. (The Company may require employees to complete a self-certification safety checklist.) It is the employee's responsibility to conform to any local zoning ordinances related to working at home or to maintaining a home office. The Company will not be liable for any fines, penalties or taxes that may arise should the employee fail to fulfill the ordinance requirements of their community. Nor will the Company be liable for damages to an employee's personal or real property while the employee is working at the approved alternative work site.

For information and tips on ergonomics, logon to the following site: http://www.ohs.ford.com/.

### Office Supplies

The Company will supply/reimburse employees for reasonable office supply purchases (e.g. paper clips, pens, computer disks, printer paper, file folders, etc.) that are needed at the home




office to conduct business. It is recommended that employees use their current process for ordering office supplies and have the supplies delivered to the work office. The telecommuter can transport the supplies from the work office to the home office. In cases where this is not feasible, employees should discuss other arrangements with management and obtain reimbursement using Travel Expense Reports (TER).

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

# Technology Requirements

### Hardware

The Company will provide, service, and maintain any Company-owned equipment issued to the telecommuting employee and outlined on the Telecommuting Agreement Form. Telecommuting program participants (i.e., employees with signed Telecommuting Agreements) are encouraged to use their personal computer (with Remote Desktop, Public Facing Outlook Web Access or MyVPN). If a Ford FSIC approved laptop is used, docking stations may be required at the work site and at home to facilitate attachment of this equipment and, at work to lock down the PC and/or to connect it to the building network. Availability of laptops depends on the telecommuter's Organization/Function and Systems/IT guidelines in place at any given time.

Company policy specifies that all Ford supplied hardware must be FSIC approved. It is the employee's responsibility to protect any Company-owned equipment and to use the equipment only for Company purposes. The employee will be required to maintain adequate records required by the IRS substantiating that the equipment will be used for business purposes. In the event of company-provided equipment failure or malfunction, the employee is required to notify the Company immediately in order to effect immediate repair or replacement of such equipment. In the event of delay in the repair or replacement of such equipment, or any other circumstance under which it would be impossible for the employee to telecommute, the employee may be assigned to do other work and/or be assigned to another location at the sole discretion of the Company.

### Software

If a Company provided laptop is necessary, the laptop should be loaded with the latest FSIC Certified Mobile Global Client, VPN / Firewall software, and any additional applications required by the telecommuter's job. All hardware and software loads are available through normal local support channels. **Company policy specifies that all Ford supplied software must be FSIC approved. For VPN / Firewall software go to** http://www.must.ford.com/default.asp?ID=node71&URL=vpn3000/introduction.asp.

***Note:*** Software cannot be downloaded via the web, it requires opening up a ticket to have it installed, and the software should already be installed in the newer laptops.




**Home Access to the Ford Computer Network (Remote Access)**

A high speed internet line at home is required for employees to participate in the Telecommuter Program. Ford Motor Company does not pay for personal high speed internet lines. To access the Ford network with your personal computer at home, use one of the options listed below. For these solutions, the Help Desk can only assist you with SecurID card issues and general application availability. The Help Desk cannot assist you with your Internet connectivity from your Internet Service Provider or the hardware / software configuration of your personal computer. Some internet providers may limit the purposes for which you can use your personal internet connection. We suggest you check your agreement or contact your internet provider if you have any questions/concerns regarding use of your personal connection for telecommuting.

***The following links identify the various remote access options:***

1. General Remote Access Information : http://www.tcs.ford.com/ra/default.asp?ID=252
2. My VPN and Public Facing Outlook: http://www.must.ford.com/default.asp?ID=node04&URL=ras/nolaptop.asp
3. Remote Desktop Client (RDC) http://www.must.ford.com/default.asp?ID=nodeB1&URL=remotedesktop/introduction.asp

**Home Office Dialing**

It is recommended that Telecommuters obtain a MeetingPlace Audio Conferencing number (www.tcs.ford.com/audio).

**Other Communication Requirements**

For some telecommuters' job functions, the use of a pager or cellular phone may be warranted. Ford has standards and processes in place for ordering these services. Telecommuters should discuss their requirements with their supervisors to obtain approval. Local phone coordinators can be contacted for ordering details.

**Telecommuter Support**

First Level Support: Single Point of Contact (SPOC) should be contacted for all connectivity and application difficulties. SPOC will require the following information:

- CDS ID
- Identify yourself as Ford Telecommuter
- Home telephone number
- Remote access type (Ford provided cable, DSL or dial-up)
- Problem Description

***Note:*** For MyVPN the Help Desk can assist you with SecurID card issues and general application availability. The Help Desk cannot assist you with your Internet connectivity from your Internet Service Provider or the hardware / software configuration of your personal computer.


EEOC000167





**Second Level Support:** SPOC will submit a trouble ticket to second level support if they are unable to resolve the problem. Second level support is not available for MyVPN.

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

# Approval Process

An interested employee should review these Telecommuting Guidelines, and discuss the appropriateness of such an arrangement with his/her immediate manager. The employee should complete the Telecommuting Agreement (located in these Guidelines) and obtain the signature of his/her immediate manager. Once all signatures have been obtained, the Agreement should be mailed to the address listed on the form. Once processed, the employee is considered enrolled in the Corporate Telecommuting Program.

### Company Work

The employee should not conduct personal business during the mutually agreed upon work hours at the alternative work site. Telecommuting may facilitate some flexibility in family care. However, telecommuting is not an alternative to family care. Major changes in present child or elder care arrangements are not advised.

### Workers' Compensation

An employee who is injured while performing Company assigned work either at the Company work site or the alternative work site is covered under the applicable workers' compensation law. An employee should notify the supervisor immediately of any accident or injury that occurs at the alternative work site and fill out any required forms. The supervisor will investigate the report immediately. If a person other than the employee is injured on the employee's premises while the employee is performing Company assigned work, such person will not receive compensation for their injuries from the Company, and the employee will remain liable for any such claims.

### Confidential Information

In the normal course of employment, employees may have access to Company confidential information. Employees have agreed as part of their original employment agreement to not disclose the Company's trade secrets or other confidential information to others. An employee who participates in the telecommuting program will be expected to continue to abide by the Company's policies and procedures concerning the protection of trade secrets and other confidential Company information.

### Company Policies and Procedures

The Company's policies and procedures shall apply in all respects to the employee who




performs Company assigned work at an alternative work site. Employees should familiarize themselves with Company policies and procedures. Failure to comply with the Company's policies and procedures may be grounds for discipline, up to and including termination.

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

## Discontinue Participation from the Telecommuting Program

Complete the telecommuting form and check "termination of agreement" at the top of the form. Ensure that all required signatures are on the form and send to the address listed on the form for processing.

Return all Ford provided hardware to your supervisor or manager (i.e. printer, fax, pc, or laptop).

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

## Frequently Asked Questions about Telecommuting

**Can we afford the initial cost?**

Telecommuting can be a cost-neutral proposition to both the employee and the department. It is critical to establish metrics such as productivity, absenteeism, turnover, customer satisfaction and quality of work just to name a few. The value of these metrics may then be compared to the cost of a telecommuting arrangement so the correct business decision can be made.

**How will I know my people are working?**

Managers considering telecommuting usually fear initially that they will lose control. The solution is to make sure the work process and objectives are carefully defined, so that employees can be evaluated on agreed-upon levels of productivity and quality.

**Can this job be done by telecommuting?**

In reality, hundreds of job classifications are suitable for telecommuting. The question is not which jobs are suitable for telecommuting but rather what elements of a job cannot be

telecommuted.

**Is there a minimum or maximum duration regarding the length of the telecommuting arrangement?**

There is no minimum or maximum duration an employee may telecommute. An employee may telecommute as long as the arrangement remains a "win-win" for both the employee and the Company, or a completion date is specified on the Telecommuting Agreement, as agreed between the employee and manager. The arrangement should be reviewed yearly with supervision to assess the success of the arrangement.

**Will all of our employees want to telecommute?**

Some jobs, employees, and work environments are suitable for telecommuting and others are not. Also, many employees will not be interested in telecommuting due to reduced social contact, loss of structure, or the absence of a conducive alternative work site. Finally, local management always reserves the right to deny, modify, or terminate a telecommuting arrangement.

**Will telecommuting destroy team dynamics?**

Sometimes teams need to share the same space and work together day in and day out. Some teams may work just as well if all or part of their work is done apart. It is important to make sure that the telecommuting solution is matched to the work processes of the people involved.

**As a telecommuter, will I be forgotten when it comes time for a raise or promotion?**

Studies show that this is simply not the case, especially with part-time telecommuting. Actions that can be taken to help reduce this risk include:

- Know meeting schedules in advance and attend as many as possible.
- Attend key office events.
- Keep your supervisor informed, in person, about your accomplishments.

**What are the rules regarding conducting business meetings at my alternate work site?**

All business meetings should occur at the Company office site. Be aware that if a person, other than yourself, is injured on your premises while you are performing Company assigned work, such person will not receive compensation for their injuries from the Company, and you will remain liable for any such claims.

**Can I have my children or elderly family at home while I telecommute?**

Telecommuting is not a substitute for child or elder care. Provider arrangements must be made for children and elderly family that require constant care and attention.

**Is Telecommuting a part of the TWA Program?**



No. Telecommuting is a separate program from TWA. However, an employee may combine the use of TWA and Telecommuting in situations where doing so provides a win-win solution for the employee and Ford, AND management approves of the arrangement. Employees approved to combine TWA and Telecommuting schedules must meet the eligibility requirements and observe the guidelines of both TWA and Telecommuting.

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

# Do's and Don'ts of Telecommuting

### Do's for the Employee

- Have a work space or work station at home
- Keep a consistent schedule on telecommuting days
- Take breaks/stretches throughout the day
- Keep your work organized so you know what paperwork is at home and what's at the office
- Plan your telecommuting work a day ahead of time
- Let family members and neighbors know when and how often you may be interrupted
- Call the office and keep in touch as often as possible
- Stick to all deadlines
- Maintain or increase your level of performance
- Take telecommuting seriously
- Attend all department/group meetings within the department
- Keep your supervisor informed of your progress
- Have some type of ritual to begin and end your day
- If telecommuting is not working out for you, talk to your supervisor

### Don'ts for the Employee

- Don't sit in bed or on the living room couch when working
- Don't procrastinate or develop bad work habits
- Don't change your work schedule every time you telecommute
- Don't let the radio or TV distract you or impair your professional image
- Don't work at home if you are not getting along with family members
- Don't work at home if you have a small child or an elderly person that requires your constant care and attention
- Don't take work home that requires group decisions or constant input from co-workers
- Don't stay in bed clothes all day
- Don't run everyone's errands just because you're home
- Don't continue to telecommute if it's not working for you

### Do's for the Manager




- Trust your telecommuter
- Encourage good organization skills
- Develop your telecommuter
- Require participation in the surveys and evaluation process
- Encourage goal setting
- Give appropriate and timely feedback
- Take the time to plan
- Manage by objectives and measuring results
- Ask for a regular status report
- Communicate regularly
- Use telecommuting as an opportunity to strengthen your management skills
- Be flexible and creative; this is a learning experience
- Ask for co-worker support
- Expect changes
- Delegate assignments equitably among your staff
- Plan meetings when your telecommuters can participate
- Include your telecommuters in day-to-day activities
- Be prepared to give honest feedback if there are identified problems with the arrangement
- Be prepared to allow the employee greater frequency of telecommuting when it works well
- Be prepared to terminate an employee's participation if telecommuting is not working

**Don'ts for the Manager**

- Don't conduct curfew checks
- Don't call your telecommuter every hour to check on progress
- Don't ignore your telecommuter
- Don't ask for constant status reports
- Don't expect unrealistic deadlines for projects
- Don't neglect problems
- Don't set unattainable goals
- Don't manage by close supervision
- Don't expect perfection, there will be adjustments
- Don't give telecommuting a bad name
- Don't expect everyone to be a successful telecommuter

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

# Contacts for Additional Help

For additional information regarding this program, contact the National Employee Services Center, Policies and Programs Activity at:




- Extension 84444 from Southeast Michigan Ford Net locations
- 9-1-248-4444 from outside Southeast Michigan on the Ford Net system
- 1-800-248-4444 from non-Company locations

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

# Telecommuting Checklist

The key points listed below are provided to assist employees, supervisors, and managers in developing, evaluating, and implementing a telecommuting arrangement. There may be additional topics you choose to consider, however, these represent a minimum level for consideration and discussion between the employee and supervisor/manager.

___ How frequently will the employee be in contact with the supervisor and how?

___ How will the employee be kept informed of key group and/or department information and developments?

___ Is the employee aware of any inhibitors to their performance while working at the alternate work site? (i.e. conflicts at the alternate work site, dependent care needs, non-conducive work environment.)

___ What changes in our work processes need to be made to ensure seamless operations? (i.e. work flow, approvals, meetings, briefings, etc.)

___ How will customer and/or vendor interfaces be handled?

___ Have well-defined performance, timing, and quality objectives been agreed upon?

___ Do both parties understand that all Ford policies and procedures are still in effect? (i.e. travel and overtime requests, information security, etc.)

___ Has the telecommuting arrangement been discussed with all other group members? (They must understand if and how their responsibilities have changed.)

___ Do all group members, customers, vendors and additional contacts know the employee's schedule and how to contact them?

___ Have specific telecommuting tasks been identified?



___ Have metrics and regular review dates been established to evaluate the success of the telecommuting arrangement?

___ Has the appropriate sign-off (Supervisor/Manager) been obtained on the Telecommuting Agreement Form?

___ Has the Telecommuting Agreement been mailed to the address listed on the form for inclusion in the employee's personnel file?

Return to Top

Telecommuting - Expanded Policy
Issued: January 31, 2008

## Telecommuting Form

Telecommuting Agreement Form - To initiate or terminate a telecommuting agreement

Return to Top

The policies, plans and programs described in HR ONLINE are not contracts and do not alter any at will relationship the Company has with its employees. The Company may modify or terminate these policies, plans and programs at any time. You may request a printed copy of any benefits Summary Plan Description or Summary of Material Modification, at no charge, by contacting the NESC at 1-800-248-4444.





# Telecommuting Agreement

*Check One:* ____*Initial Agreement* _____ *Termination of Agreement*

*Employee Name:* ______________________ *Global ID* ______________ *CDS ID:* ________

*Effective Date:* ______________ *Completion Date:* ________ *(if applicable)*

*Alternate Work Site:*
The Company and the employee agree that the employee's Company work site is: [indicate Company work site] _________________________ and that the employee's alternate work site is:
street ______________________ city _____________, state ___ zip _____ phone: _____________

*Work Schedule (1-4 days per week):*
The Company and the employee agree on the following telecommuting schedule:

| | Mon. | Tues. | Wed. | Thu. | Fri |
|---|---|---|---|---|---|
| Company Work Site (hrs.) | ___ | ___ | ___ | ___ | ___ |
| Alternate Work Site (hrs.) | ___ | ___ | ___ | ___ | ___ |

*Company Provided Equipment (if any):*

___________________________________________________________

___________________________________________________________

*Specific Telecommuting Objectives and/or Tasks (May reference attached):*

___________________________________________________________

___________________________________________________________

*Expected Benefits of Arrangement (May reference attached):*

___________________________________________________________

___________________________________________________________

*Metrics to be Evaluated and Arrangement Evaluation Dates (May reference attached):*

___________________________________________________________

___________________________________________________________

*Employee Signature:*
I have received a copy of the Telecommuting Guidelines which I have read and understood. I voluntarily agree to participate in the telecommuting program and agree to be bound by the terms and conditions of the program described in the Guidelines. I understand that the Company may change or discontinue the arrangement at any time. If the arrangement is discontinued, I agree to resume my work at my assigned Company work site. If I want to discontinue my participation, I may do so at anytime upon reasonable written notice to the Company, in which event I shall resume my work at my assigned Company work site. Except as specifically modified by the Guidelines, I understand that the terms and conditions of my employment remain unchanged and that the Company's policies and procedures remain in full force and effect. I also certify that my home workstation meets the Company's ergonomic requirements, and I have a high speed internet connection as specified in these Guidelines.

______________________________ ______________________________
Employee's Signature, Date, Phone Supervisor/Manager's Signature, Date, Phone

****Mail agreement to: Personnel Relations & Employee Policies Office, Rm. 125-E2, WHQ***