UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

                                            Case No. 11-13742

v.

                                            Hon. John Corbett O'Meara

FORD MOTOR COMPANY,            Hon. Mark A. Randon

    Defendant.
_____/

**ORDER OVERRULING DEFENDANT'S OBJECTIONS
TO MAGISTRATE'S MAY 31, 2012 DISCOVERY ORDER**

        Before the court are Defendant's objections to Magistrate Judge Mark A. Randon's May 31, 2012 order, in which the magistrate judge ruled that Plaintiff is not required to answer Defendant's written discovery requests. Plaintiff submitted a response on June 26, 2012; Defendant filed a reply brief on July 3, 2012.

        Magistrate Judge Randon ruled that Plaintiff is not required to answer Defendant's written discovery requests, which were served on April 2, 2012. This court's scheduling order provides that discovery "must be completed by" April 2, 2012. Written discovery that is served on April 2, 2012, cannot be completed by April 2, 2012. The court finds that Magistrate Judge Randon's decision is consistent with the court's scheduling order and is not "clearly erroneous or contrary to law." See 28 U.S.C. § 636(b)(1)(A; Fed. R. Civ. P. 72(a).

        Accordingly, IT IS HEREBY ORDERED that Defendant's objections to the magistrate judge's May 31, 2012 discovery order are OVERRULED.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: July 10, 2012

  I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 10, 2012, using the ECF system.

               s/William Barkholz
               Case Manager