# **INDEX OF EXHIBITS**

Ex. A – Excerpt of 2004 Performance Reviews

Ex. B – Declaration of Jane Harris

Ex. C – Excerpt of Deposition of Karen Jirik

Ex. D – Excerpt of Deposition of Leslie Pray

Ex. E – Excerpt Deposition of Jane Harris

Ex. F – Chart Analyzing Harris's Attendance Record

Ex. G – Telecommuting Policy

Ex. H – Letters from Physicians

Ex. I – Notes from April 2009 Meeting

Ex. J – Excerpt of Deposition of Dr. Beverly Blaney

Ex. K – ADA Charge and Notice of Charge

Ex. L – Ford's Position Statement

Ex. M – Workplace Guidelines

Ex. N – Lower Achiever Performance Review

Ex. O – Performance Enhancement Plan

Ex. P – Retaliation Charge and Notice of Charge

Ex. Q – Article on Ford and Telecommuting

Ex. R – Excerpt of Eason Deposition

Ex. S – Defendant's Response to Interrogatory

Ex. T – Telecommuting Agreements

Ex. U – Excerpt of Gordon Deposition

Ex. V – Excerpt of Deposition Transcript of Tresigne-King

Ex. W – Calendar of Harris

Ex. X – Email from Harris to Employee in India