# Exhibit M

# Workplace Guidelines

<u>Workplace Guidelines</u>

Name: Jane Harris
GID: 501147
Work Day begins and ends: 7:00 AM - 3:30 PM with a half hour for lunch
or
Work Day begins and ends: 7:00 AM - 4:00 PM with an hour for lunch

These guidelines will be in effect from July 14, 2009 – July 13, 2010.

- Tardiness: It is your responsibility to be on the job at your regularly scheduled starting time. Tardiness is unacceptable employee conduct. To report any tardiness, you must personally call your supervisor no later than 7:00 AM for each day you will be tardy.

- Early Departures: All early departures must be approved 24 hours in advance by your supervisor. Early departures due to illness must be approved, in advance, by Medical.

- Illness: To support any absence from work due to illness, you must personally call your supervisor no later than 7:00 AM each day you are absent. If the supervisor is not available, leave a voice mail providing the reason for your absence and a call back number where you can be reached. After the absence, you must submit a narrative letter from your physician. The letter must include a diagnosis, the number of days off ill and a return to work date. The physician's letter must be signed by your attending physician (a stamped signature will not be allowed). You must report to Medical with the letter and Medical will determine if time off is approved.

- Personal Business: All personal business must be scheduled and approved 24 hours in advance by your supervisor. You will not be allowed to call in and ask for any personal business days unless there is serious illness or death in your immediate family. (attached is the listing)

- Vacation: All vacation hours must be scheduled a minimum of 24 hours in advance. Any changes must be discussed with and approved by your supervisor. You will not be allowed to call in and ask for any unscheduled vacation hours.

You are advised to meet with Total Health for any personal matters that may be affecting your work.

These guidelines are confidential and are not to be discussed with other Ford employees in the workplace.

Note: Your adherence to the above Guidelines will be reviewed periodically and may be extended beyond the designated ending date.

Any breach of these guidelines will result in further disciplinary action, which may include termination of your employment.

I have read and understand these guidelines.   _refused to sign / JH Pug_   _7-15-09_
                                                Jane Harris, Buyer              Date

_John Gordon_ _14 July 09_
John Gordon, Purchasing Manager and Date

_MC Kane_ _7/14/09_
Mike Kane, Senior Purchasing Manager and Date

_Karen Jink_
Karen Jink, Personnel Relations and Date

EEOC (Harris) v Ford Motor 000887