UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,                                            Case No. 11-13742

v.                                                  Hon. John Corbett O'Meara

FORD MOTOR COMPANY,

    Defendant.
_____/

## JUDGMENT

Pursuant to the Court's September 10, 2012 Opinion and Order, IT IS HEREBY

ORDERED that judgment is entered in favor of Defendant.

Date: September 10, 2012

                                              DAVID WEAVER
                                              Clerk, U.S. District Court

                                              By: s/William Barkholz
                                              Deputy Clerk

Approved:

s/John Corbett O'Meara
United States District Judge