D014534; WA 0904122
0022 221; Invoice 31352

**RECON Management Group, LLC**  Tax ID #26-0014579

30400 Telegraph Road, Ste.472
Bingham Farms, MI 48025

Invoice Number: 73236
Invoice Date: Sep 19, 2011
Page: 1

Voice: (248) 540-0160
Fax: (248) 540-3622

Bill To:

Kienbaum, Opperwall, Hardy & Pelton, PLC
Attn: Cindy Elzerman
280 North Old Woodward #400
Birmingham, MI 48009

0022-221

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Kienbaum | | Payment due in 30 days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| Process Serves-JS | | | |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Process Serve | | |
| | Jane Harris | | |
| | Case #2:11-cv-13742-JCO-MAR | | |
| 1.00 | Bad address: 2166 E. Hammond Lake Drive | 30.00 | 30.00 |
| 1.00 | Serve: 982 Larchlea Drive | 48.00 | 48.00 |
| 1.00 | Rush | 40.00 | 40.00 |

POSTED

Check/Credit Memo No:

| | | |
|---|---|---|
| Subtotal | | 118.00 |
| Sales Tax | | |
| Total Invoice Amount | | 118.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | 118.00 |

Exhibit B

D014534; WA 0904122
0022 221; Invoice 31531

## RECON Management Group, LLC

30400 Telegraph Road, Ste.472
Bingham Farms, MI 48025

Tax ID #26-0014579

**INVOICE**

Invoice Number: 73339
Invoice Date: Oct 13, 2011
Page: 1

Voice: (248) 540-0160
Fax: (248) 540-3622

**Bill To:**

Kienbaum, Opperwall, Hardy & Pelton, PLC
Attn: Cindy Elzerman
280 North Old Woodward #400
Birmingham, MI 48009

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Kienbaum | | Payment due in 30 days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| Process Serves-JS | | | |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Process Service | | |
| | Jane Harris | | |
| | Case: 2:11-cv-13742-JCO-MAR | | |
| 1.00 | Serve | 48.00 | 48.00 |
| 1.00 | Rush | 40.00 | 40.00 |
| 1.00 | Pick-up | 46.00 | 46.00 |

#5210
POSTED
10/17/11

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 134.00 |
| Sales Tax | |
| Total Invoice Amount | 134.00 |
| Payment/Credit Applied | |
| **TOTAL** | **134.00** |