D014534
WA0904122
0022-221 INV 32359

# K.O.H.P. CHECK REQUEST

**Today's Date:** May 31, 2012

## *Check Information*

**Payable to:** Marie Metcalf  
Chambers of the Honorable  
 Sean Cox  
257 U. S. Courthouse  
231 W. Lafayette  
Detroit, MI  48226

**Amount:** $126.10

**Description:** Transcript of 5/24/12 Motion Hearing before Magistrate Judge Mark A. Randon (Case No. 5:11-cv-13742)

**File No:** 0022-221

**Client:** Ford Motor Company

**Matter:** Harris, Jane - (EEOC Matter) FMMS #D014534

---

**KIENBAUM OPPERWALL HARDY & PELTON, PLC**                                    4486

| Invoice Date | Invoice No. | Description | Matter ID | Amount |
|---|---|---|---|---|
| 5/31/2012 | | Ms. Marie Metcalf | Check No. 4486 | |
| 5/31/2012 | 0022-221 | May 31, 2012 Transcript of 5/24/2012 Motion Hearing before Magistrate | 0022-221 | 126.10 |

ODUCT DLM102   USE WITH 91500 ENVELOPE                      PRINTED IN U.S.A.


Exhibit D

D014534; WA0904122
0022 221; INVOICE 32664

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT FOR THE EASTERN

INVOICE NO: 00001527

**MAKE CHECKS PAYABLE TO:**

Jennifer A. Zinn
Keinbaum Opperwall Hardy
& Pelton P.L.C.
280 N. Woodward Avenue
Birmingham, MI 48009

Phone: (248) 645-0000

goverton@kohp.com

CAROL SHELL SAPALA, RMR, FCRR
Federal Official Court Reporter
U.S. District Court
231 W. Lafayette Room 731
Detroit, MI 48226

Phone: (313) 961-7552
FAX: (313) 234-5360
Tax ID: 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
carol_sapala@mied.uscourts.gov

0022-221

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 07-02-2012   DATE DELIVERED: 07-02-2012

**Case Style:** 11-13742, EEOC v Ford Motor Company
Motion hearing held on 6-7-2012 before Magistrate-Judge Mark A. Randon.

One copy of transcript wanted by Tuesday, July 10, 2012

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 25 | 1.00 | 25.00 | | | | 25.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | 221 |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 25.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $25.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                          DATE:

(All previous editions of this form are cancelled and should be destroyed)