# BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 111122DMK
Job Date: 11/22/2011
Order Date: 11/22/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 492185
Inv. Date: 12/05/2011
Balance: $0.00

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

Action: Equal Employment Opportunity Comm.
vs
Ford Motor Company
Action #: 5:11-cv-13742
Rep: DMK
Cert: 2466

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 9.50 | $237.50 |
| 2 | Jane Harris | Original Transcript | Pages | 289 | $1,329.40 |
| 3 | | Videotape Deposition (10 hours) | | 1.00 | $920.00 |
| 4 | | Hyperliked Exhibits on CD | Per unit | 1.00 | $46.90 |
| 5 | | Exhibits Color and B&W | Total | 1.00 | $46.90 |

**Comments:**
Ford File #D014634
Firm ID 3082

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $2,580.70 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$2,580.70** |
| Payment | $2,580.70 |
| Balance Due | $0.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Deliver To:**
Elizabeth P. Hardy
Kienbaum Opperwall Hardy & Pelton, P.L.C.
280 North Old Woodward Ave.
Suite 400
Birmingham, MI 48009

**Invoice**

Invoice #: 492185
Inv. Date: 12/05/2011
Balance: $0.00
Job #: 111122DMK
Job Date: 11/22/2011
DB Ref.#:

# BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



Exhibit E



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

**Invoice**

| | |
|---|---|
| Job #: | 111202MSM |
| Job Date: | 12/02/2011 |
| Order Date: | 12/02/2011 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

| | |
|---|---|
| Invoice #: | 492454 |
| Inv. Date: | 12/07/2011 |
| Balance: | $0.00 |

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Action:** Equal Employment Opportunity Comm.
vs
**Ford Motor Company**
**Action #:** 5:11-cv-13742
**Rep:** MSM
**Cert:** 2258

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 2.50 | $62.50 |
| 2 | Jane Harris | Original Transcript | Pages | 87 | $269.70 |
| 3 | Jane Harris | Video Page Rate | Pages | 87 | $130.50 |
| 4 | | Videotape Deposition (3 hours) | | 1.00 | $395.00 |
| 5 | | Delivery | Item | 1.00 | $10.00 |
| 6 | | Exhibits Tabbed | Item | 27.00 | $10.80 |
| 7 | | Hyperlinked Exhibits on CD | Per unit | 1.00 | $30.00 |

**Comments:**
Ford File # D014634
Firm ID 3082

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

Federal Tax I.D.: 38-3231100

**Terms:** Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $908.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $908.50 |
| Payment | $908.50 |
| Balance Due | $0.00 |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Invoice**

**Deliver To:**
Elizabeth P. Hardy
Kienbaum Opperwall Hardy & Pelton, P. L. C.
280 North Old Woodward Ave.
Suite 400
Birmingham, MI 48009

| | |
|---|---|
| Invoice #: | 492454 |
| Inv. Date: | 12/07/2011 |
| Balance: | $0.00 |
| Job #: | 111202MSM |
| Job Date: | 12/02/2011 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 120518LAB
Job Date: 05/18/2012
Order Date: 05/18/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 505708
Inv.Date: 05/31/2012
Balance: $0.00

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

Action: Equal Employment Opportunity Comm.
vs
Ford Motor Company
Action #: 5:11-cv-13742
Rep: LAB
Cert: 5207

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 3.25 | $81.25 |
| 2 | Jane Harris | Original Transcript | Pages | 125 | $387.50 |
| 3 | Jane Harris | Video Page Rate | Pages | 125 | $31.25 |
| 4 | Jane Harris | Realtime | Pages | 125 | $156.25 |
| 5 | | Videotape Deposition (3 hours) | | 1.00 | $395.00 |
| 6 | | Delivery | Item | 1.00 | $10.00 |
| 7 | | Exhibits | Page | 18 | $7.20 |
| 8 | | Hyperlinked Exhibits on CD | Per unit | 1.00 | $30.00 |

**Comments:**
Firm ID 3082

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $1,098.45 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,098.45 |
| Payment | $1,098.45 |
| Balance Due | $0.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Deliver To:**
Elizabeth P. Hardy
Kienbaum Opperwall Hardy & Pelton, P. L. C.
280 North Old Woodward Ave.
Suite 400
Birmingham, MI 48009

## Invoice

Invoice #: 505708
Inv.Date: 05/31/2012
Balance: $0.00
Job #: 120518LAB
Job Date: 05/18/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

# BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 120531JMB2
Job Date: 05/31/2012
Order Date: 05/31/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 506938
Inv.Date: 06/13/2012
Balance: $0.00

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

Action: Equal Employment Opportunity Comm.
vs
Ford Motor Company
Action #: 5:11-cv-13742
Rep: JMB
Cert: 2592

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 |  | Attendance |  | 4.00 | $100.00 |
| 2 | Neil Fraser, M.D. | Original Transcript | Pages | 135 | $418.50 |
| 3 | Neil Fraser, M.D. | Expert Page Rate | Pages | 135 | $47.25 |
| 4 | Neil Fraser, M.D. | Rough Draft | Pages | 135 | $168.75 |
| 5 |  | Delivery | Item | 1.00 | $10.00 |
| 6 |  | Hyperlinked Exhibits on CD | Per unit | 1.00 | $78.75 |
| 7 |  | Exhibits Tabbed | Page | 255 | $102.00 |

**Comments:**
Firm ID 3082

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $925.25 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $925.25 |
| Payment | $925.25 |
| Balance Due | $0.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Deliver To:**
Julia Baumhart
Kienbaum Opperwall Hardy & Pelton, P. L. C.
280 North Old Woodward Ave.
Suite 400
Birmingham, MI 48009

**Invoice**

Invoice #: 506938
Inv.Date: 06/13/2012
Balance: $0.00
Job #: 120531JMB2
Job Date: 05/31/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

# BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 120619SAH2
Job Date: 06/19/2012
Order Date: 06/19/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 508794
Inv.Date: 07/09/2012
Balance: $0.00

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Action:** Equal Employment Opportunity Comm.
vs
**Ford Motor Company**
**Action #:** 5:11-cv-13742
**Rep:** SAH
**Cert:** 2433

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 2.00 | $50.00 |
| 2 | | Attendance After Hours | | 1.00 | $35.00 |
| 3 | Mehmet Donat, M.D. | Original Transcript | Pages | 80 | $248.00 |
| 4 | Mehmet Donat, M.D. | Expert Rate | Pages | 80 | $28.00 |
| 5 | Mehmet Donat, M.D. | Rough Draft | Pages | 80 | $100.00 |
| 6 | | Delivery | Item | 1.00 | $10.00 |
| 7 | | Exhibits Tabbed | Page | 121 | $48.40 |
| 8 | | Hyperlinked Exhibits on CD | Per unit | 1.00 | $45.25 |

**Comments:**
Firm ID 3082

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $564.65 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$564.65** |
| Payment | $564.65 |
| **Balance Due** | **$0.00** |

Federal Tax I.D.: 38-3231100

**Terms:** Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Deliver To:**
Julia Baumhart
Klenbaum Opperwall Hardy & Pelton, P. L. C.
280 North Old Woodward Ave.
Suite 400
Birmingham, MI 48009

## Invoice

Invoice #: 508794
Inv.Date: 07/09/2012
Balance: $0.00
Job #: 120619SAH2
Job Date: 06/19/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



# BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com