# INVOICE



3770 Howard Hughes Pkwy,
Suite 300
Las Vegas, NV 89169
Phone: 800-330-1112
Fax: 702-631-7351
www.litigationservices.com

Discovery + Depositions + Decisions

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 898130 | 5/23/2012 | 158526 |

| Job Date | Case No. |
|---|---|
| 4/4/2012 | 5:11-CV-13742 |

| Case Name |
|---|
| EEOC vs. Ford Motor Company |

| Payment Terms |
|---|
| Due upon receipt |

Elizabeth Hardy, Esq.
Kienbaum Opperwall Hardy & Pelton, PLC
280 North Old Woodward Avenue
Suite 400
Birmingham, MI 48009

1 CERTIFIED COPY OF TRANSCRIPT OF:

John Gordon

| | | | | |
|---|---|---|---|---|
| | 251.00 Pages | @ | 3.00 | 753.00 |
| Shipping/Handling | | | 35.00 | 35.00 |

| | |
|---|---|
| TOTAL DUE >>> | $788.00 |
| AFTER 6/22/2012 PAY | $866.80 |

Thank you for your business!

Litigation Services newest office has opened in UTAH.
Please call us today at 1-800-330-1112 for statewide coverage.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 788.00 |

**Tax ID:** 27-5114755

Phone: 248-645-0000   Fax:

*Please detach bottom portion and return with payment.*

Elizabeth Hardy, Esq.
Kienbaum Opperwall Hardy & Pelton, PLC
280 North Old Woodward Avenue
Suite 400
Birmingham, MI 48009

| | | | |
|---|---|---|---|
| Job No. | : 158526 | BU ID | : LV-CRO |
| Case No. | : 5:11-CV-13742 | | |
| Case Name | : EEOC vs. Ford Motor Company | | |
| Invoice No. | : 898130 | Invoice Date | : 5/23/2012 |
| **Total Due** | **: $788.00** | | |

Remit To: **Litigation Services and Technologies of Nevada, LLC**
**3770 Howard Hughes Parkway**
**Suite 300**
**Las Vegas, NV 89169**

**PAYMENT WITH CREDIT CARD**            AMEX   [card]   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____